UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 SEP -6 PM 3:28

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | INFORMATION |
| DWAUNE RIGGINS, | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | 21 U.S.C. § 846 |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine)

From on or about August 4, 2022 and continuing to on or about August 25, 2022, in the Southern District of Ohio, the defendant, **DWAUNE RIGGINS,** did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with other individuals, both known and unknown to the United States, to distribute and to possess with intent to distribute a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C).**

KENNETH L. PARKER
United States Attorney

_____
**NICOLE PAKIZ (0096242)**
**Assistant U.S. Attorney**